# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ZACKARY KELLEY, <br><br> Plaintiff, <br><br> vs. <br><br> CALUMET MONTANA REFINING, LLC, <br><br> Defendant. | CV-18-63-GF-BMM <br><br><br><br> **AMENDED ORDER** |

The Court conducted a preliminary pretrial conference in this matter on June 20, 2018. Plaintiff was represented by Kurt M. Jackson, Esq. Defendant was represented by Jason T. Holden, Esq. The parties agreed that it would be appropriate to resolve a jurisdiction issue that exists at an early stage in the litigation. Accordingly, the following schedule, established with the concurrence of the parties, will be observed:

1. Defendant shall file a motion to dismiss with supporting brief on or before July 20, 2018.

2. Plaintiff shall file a response brief on or before August 10, 2018.

3. The Court will conduct a hearing on Defendant's motion to dismiss at 1:30 p.m. on August 30, 2018, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 21st day of June, 2018.

_____
Brian Morris
United States District Court Judge